HOWARD HOFFMAN, Respondent, v PARADE PUBLICATIONS et al., Appellants.

Submitted April 26, 2010; decided April 29, 2010

Motion by National Employment Lawyers Association/New York et al. for leave to appear amici curiae on the appeal herein

granted only to the extent that the proposed brief is accepted as filed.